# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Jacinth M. Brown-Roberts | : | |
| | : | Bankruptcy Case No.: 17-17674-elf |
| | : | |

## ORDER

AND NOW, this __27th__ day of __November__, 2017, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

**ORDERED** that the Motion that is **GRANTED**, and it is

FURTHER **ORDERED** that Debtor shall file all required documents with the Court on or before __December 11, 2017.__

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**