UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JACINTH M. BROWN-ROBERTS    Chapter 13
Debtor(s)               :    Bankruptcy No.: 17-17674 ELF

                        :

**CONSENT ORDER**

AND NOW, this 5th day of February, 2018, in consideration of the motion of debtor(s) to extend or impose the automatic stay, and upon agreement of the parties, it is

ORDERED, that in light of the debtor(s) eight (8) prior bankruptcy filings, if this case is dismissed for any reason, ~~it shall be~~ with ~~prejudice;~~ debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case without further leave Court and it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 1-31-2018

William C. Miller, Esquire  JACK MILEA
Chapter 13 Standing Trustee

Date: 1/31/2018

Attorney for Debtor(s)

Date: 1/31/2018

Debtor(s)

_____
Debtor(s)

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**