JAN 21,2020 2:00PM      **Best Case Bankruptcy Case Notes**       17-17674
**Brown-Roberts, Jacinth M.**

"*Exhibit B*"

## LEGAL FEES BREAKDOWN

ATTORNEY FEE: $335.00/hour     1.5 hours x $335.00 = $502.50
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.

PARALEGAL FEE: $125.00/hour    0.7 hours x $125.00 = $ 87.50
Karen Campling
Brenda Viruet

Total: $502.50 + $87.50 =    $590.00

---

.1
BV                      11/13/19
Forward cashiers check for missed payments to Trustee.

.3
KMC                     10/14/19
Filed Modified Plan and Amended I & J; Ltr to client

.3
KMC                     10/11/19
File Motion to Modify.

.5
MHL                     10/11/19
Prepare Motion to Modify; Amend plan and schedules I & J.

.2
BJS                     6/20/19
Motion to Dismiss letter to Client.

.4
MHL                     12/03/18
Conversation with Trustee and email to Client re missed payment and motion to dismiss.

.2
MHL                     10/15/18
Left voicemail for client re status of proof of payment of missed payments

.2
BJS                     9/13/18
Motion to Dismiss letter to client