IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jacinth Brown-Roberts | :<br>:<br>:<br>:   Case No.: 17-17674ELF<br>: |
| Debtor(s) | :   Chapter 13 |

### CERTIFICATE OF SERVICE

     I hereby certify that on the date indicated below a true and correct copy of the Supplemental Application for Compensation and notice was served electronically or by regular United States mail to the Debtor, all interested parties and creditors, and the Chapter 13 Trustee.

Dated: January 21, 2020

                                          **/s/ Brad J. Sadek, Esquire**
                                          **Brad J. Sadek, Esquire**
                                          **Sadek and Cooper**
                                          **1315 Walnut Street**
                                          **Suite 502**
                                          **Philadelphia, PA 19107**
                                          **Phone: 215-545-0008**
                                          **brad@sadeklaw.com**