# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jacinth M. Brown-Roberts,<br><br>*Debtor*. | Case No. 17-17674<br>Chapter 13 |

## Motion for Leave to File New Case

Debtor Jacinth M. Brown-Roberts, through her attorney, moves this Court as follows:

1. This case was filed under chapter 13 on November 10, 2017. It was the Debtor's fourth case in the eight years before it was filed.

2. Soon after the case was filed, the Court entered a consent order between the Debtor and chapter 13 trustee William C. Miller requiring the Debtor to seek leave of Court to file a new case if this one was dismissed.

3. Although the plan was confirmed, this case was dismissed for failure to make plan payments on May 12, 2020, just two months after the president declared a national emergency concerning the COVID-19 pandemic.

4. The economic hardships caused by the COVID-19 pandemic caused the circumstances that gave rise to dismissal of this case. The end of the national emergency, which was terminated by Congress in April 2023, shows changing circumstances that make it likely that the Debtor will be able to see a new chapter 13 plan through to the end.

5. The Debtor hereby requests that the Court grant her leave to file a new case. As a showing of good faith, the Debtor proposes that the Court restrict her from filing a new case within one year if this case is dismissed for any reason.

6. Successor chapter 13 trustee Kenneth E. West has authorized the Debtor's attorney to represent to the Court that he does not object to the Court granting relief in the form of order attached.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: December 13, 2024        SADEK LAW OFFICES, LLC
                               *Attorney for Debtor*

                               By: /s/ Brad J. Sadek, Esq.
                                   Brad J. Sadek, Esq.
                                   1500 JFK Boulevard, Suite 220
                                   Philadelphia, PA 19102
                                   215-545-0008
                                   brad@sadeklaw.com