## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Jacinth M. Brown-Roberts,

*Debtor.*

Case No. 17-17674
Chapter 13

### Declaration in Support of Motion for Leave to file New Case

I, Michael I. Assad, hereby declare as follows:

1.  I am employed as an associate attorney with Sadek Law Offices LLC, the attorney for Debtor Jacinth M. Brown-Roberts.

2.  On December 11, 2024, chapter 13 Trustee Kenneth E. West authorized me to represent to the Court that he does not object to the Court granting the Debtor leave to file a new case on the condition that she is barred from re-filing for one year if the new case is dismissed for any reason.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: December 13, 2024              /s/ Michael I. Assad
                                     Michael I. Assad