# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jacinth M. Brown-Roberts,<br><br>　　　　　　　　　　*Debtor*. | Case No. 17-17674<br>Chapter 13 |

### Order Granting Motion for Leave to File New Case

　　**AND NOW**, after consideration of the Motion for Leave to File New Case filed by Debtor Jacinth M. Brown-Roberts, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1.　　The Motion is **GRANTED**.

2.　　The Debtor may file a new chapter 13 bankruptcy case ("the New Case").

3.　　If the New Case is dismissed for any reason, the Debtor is prohibited from filing, individually or jointly, any subsequent bankruptcy case within one year without further leave of Court from the date the dismissal order is entered.

4.　　This Order is effective without any further reference to its terms in any subsequent dismissal of the New Case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the New Case in and of itself will effectuate this Order and the barring of the Debtor from further filings in accordance with its terms.


Date:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge